JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DEUSCHEL,

       Plaintiff,

     v.

COUNTY OF SAN BERNARDINO;
CITY OF SAN BERNARDINO;
ANTHONY M. BECERRA;
ERICK M. BENNETT;
TREY L. ROBERTS; and
DOES 1 through 10, inclusive,

       Defendants.

Case No. 5:21-cv-01619-JWH-ACCVx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 67] entered on or about February 19, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.   This action, including all claims asserted herein, is **DISMISSED**.

2.   To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: ___April 6, 2026_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-